IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID E. VIGOR,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 07-0733-WS-M** |
| | ) |
| **CITY OF SARALAND,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendants' Motion for Summary Judgment (doc. 48), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 11th day of December, 2008.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE